ON MOTION FOR REHEARING

PER CURIAM.
We grant the motion for rehearing, withdraw our prior opinion and substitute this opinion in its stead. AFFIRMED. See Anderson v. State, 105 So.3d 538 (Fla. 5th DCA 2013); Falcon v. State, 111 So.3d 973 (Fla. 1st DCA), rev. granted, 137 So.3d 1019 (Fla.2013); Geter v. State, 115 So.3d 375 (Fla. 3d DCA 2012); Gonzalez v. State, 101 So.3d 886 (Fla. 1st DCA 2012); but see, Toye v. State, 133 So.3d 540 (Fla. 2d DCA 2014).
ORFINGER, LAWSON, and WALLIS, JJ., concur.